

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-14-00389-CR & 04-14-00390-CR

Paul Anthony **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court Nos. 5397 & 5398
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE BARNARD, ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is **REVERSED** and we **REMAND** this matter to the trial court for a new trial.

SIGNED July 29, 2015.

_____
Marialyn Barnard, Justice